***EFILED***
Case Number 2022LA000684
Date: 5/26/2022 4:17 PM
Thomas McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT OF MADISON COUNTY
THIRD JUDICIAL CIRCUIT
STATE OF ILLINOIS

| | |
|---|---|
| SANDRA COPE ) | |
| ) | |
| Plaintiff, ) | 2022LA000684 |
| ) | |
| vs. ) | Case No.: |
| ) | |
| DOLLAR GENERAL STORES, LLC ) | **JURY TRIAL DEMANDED** |
| ) | |
| SERVE:  Illinois Corporation Service Co. ) | |
| 801 Adlai Stevenson Drive ) | |
| Springfield, IL 62703 ) | |
| ) | |
| and ) | |
| ) | |
| DG RETAIL, LLC ) | |
| ) | |
| SERVE:  Illinois Corporation Service Co. ) | |
| 801 Adlai Stevenson Drive ) | |
| Springfield, IL 62703 ) | |
| ) | |
| JOHN DOE, DOLLAR GENERAL STORE ) | |
| MANAGER, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT FOR PERSONAL INJURY AND DEMAND FOR JURY TRIAL

COMES NOW Plaintiff Sandra Cope and for her cause of action against Defendant Dollar Corporation states as follows:

1. Plaintiff is and was at all relevant times a resident of Madison County, Illinois.

2. Defendant Dollar General Stores, LLC is and was at all relevant times a corporation duly organized and existing at law, that owned and/or operated the Dollar General Store No. 9794 at 405 Broadway, South Roxana, Madison County, Illinois, and was doing business in Madison County, Illinois.



Defendants Exhibit
Sandra Cope v. DG Retail, LLC
**A**

3. DG Retail, LLC is and was at all relevant times a corporation duly organized and existing at law, that owned and/or operated the Dollar General Stores No. 9794 at 405 Broadway, South Roxana, Madison County, Illinois, and was doing business in Madison County, Illinois. (Defendants Dollar General Stores, LLC and DG Retail, LLC are hereinafter referred to collectively as "Dollar General").

4. Defendant John Doe is and was at all relevant times a resident of the State of Illinois and was the Manager of the Dollar General Store No. 9794 in South Roxana, Illinois, and was responsible for the maintenance, signage, condition and fitness of the parking lot and adjacent unpaved area. The actual name of the John Doe Defendant will be added when his or her identity is discovered.

5. On or about May 13, 2021, Plaintiff was on the premises of the Dollar General Store at 405 Broadway, South Roxana, Illinois and was a customer and business invitee of Dollar General at that time and location.

6. In front of and adjacent to the Dollar General Store, Defendant Dollar General owned, kept and/or maintained a parking lot on the premises, for customers of the store to use when shopping at that store location, and owned, kept and/or maintained an unpaved area adjacent to the parking lot. Defendant John Doe was an employee and general manager of the Dollar General Store and was at all times acting within the scope of his employment with Dollar General, such that his acts and/or omissions are attributable to Dollar General under respondeat superior.

7. On the aforesaid date, Plaintiff parked her car in the parking lot at a space marked for parking by Defendant Dollar General that was next to an unpaved area adjacent to the parking lot. Unknown to Plaintiff, there was a drop off from the asphalt parking lot to the ground adjacent to

2

the parking lot, that was not marked or fenced and not open, obvious or apparent to customers of Defendants' Dollar General's store.

8. Plaintiff had made her purchases, was putting her bag of purchased items in the back seat of her car and was injured when she was caused to fall when her foot slipped off the asphalt of the driveway down to the adjacent unpaved area adjacent to the parking lot. Plaintiff fell and suffered injury.

9. Defendant Dollar General and John Doe, as general manager of the Dollar General Store in South Roxana, owed a duty to the public in general and to Plaintiff in particular to properly design, maintain, and post appropriate warnings as to dangers on, the premises of the Dollar General Store in South Roxana.

10. Defendant Dollar General and Defendant John Doe were careless and negligent in the creation, maintenance and operation of the parking area at its South Roxana location in the following respects:

    a. Allowed a condition to exist in the parking lot where there was a drop-off from the paved parking lot down to the adjacent unpaved area, creating an unsafe condition for those customers using the parking lot in that area;

    b. Failed to warn Plaintiff of the drop off or the danger created by the drop off;

    c. Failed to erect a barrier, fence, or some other structure to prevent customers from stepping into the drop off; In following too closely, and

    d. Failed otherwise to exercise due care with respect to the area of the parking lot where the Plaintiff fell as alleged in the Complaint.

11. As a result of the incident, Plaintiff suffered injuries to her head, neck, and back and knees.

12. Plaintiff's injuries are permanent and progressive.

13. As a direct result of the aforesaid negligence, Plaintiff incurred substantial expenses for medical care and will incur substantial expenses in the future; has and will suffer pain, suffering and loss of enjoyment of life, and has in the past and will in the future suffer lost wages and a diminution of his earning capacity.

WHEREFORE, Plaintiff prays for a judgment against Defendants Dollar General Stores, LLC and DG Retail, LLC and John Doe Defendant in an amount that is fair and reasonable, and for such further and different relief as the Court deems proper.

## JURY TRIAL DEMANDED

Plaintiff demands a jury trial on all matters herein.

Respectfully submitted,

BUCHANAN, WILLIAMS & O'BRIEN, P.C.

_____
James V. O'Brien, #3127548
Andrew S. Buchanan, Bar #6278996
2240 S. Brentwood Blvd.
Brentwood, MO 63144
Telephone: 314-862-6865
FAX: 314-726-6488
E-Mail: jobrien@bwoattorneys.com
          abuchanan@bwoattorneys.com

*Attorneys for Plaintiff*

4

May 31, 2022

**IN THE CIRCUIT COURT
FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS**

CASE NUMBER: 2022 LA 000684

SANDRA COPE

Plaintiff(s)

VS.

DOLLAR GENERAL STORES LLC

Defendant(s)



## ASSIGNMENT ORDER

The above case is hereby assigned to the Honorable CHRISTOPHER P. THRELKELD for setting and disposition.

Clerk to send copies of this Order to the attorneys of record and any pro se party.

DATE: May 31, 2022

s/Bill Mudge
Chief Judge

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br>Madison ☒ COUNTY | SUMMONS | For Court Use Only |
|---|---|---|

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | SANDRA COPE<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/Respondents. | DOLLAR GENERAL STORES, LLC, DG RETAIL, LLC, et<br>**Defendant / Respondent** *(First, middle, last name)* | 2022LA000684<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons,* or *Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | 1. **Defendant/Respondent's address and service information:**<br>  a. Defendant/Respondent's primary address/information for service:<br>    Name *(First, Middle, Last)*: DOLLAR GENERAL STORES, LLC<br>    Registered Agent's name, if any: Illinois Corporation Service Co.<br>    Street Address, Unit #: 801 Adlai Stevenson Drive<br>    City, State, ZIP: Springfield, IL 62703<br>    Telephone: _____ Email: _____ |
|---|---|
| In 1b, enter a second address for Defendant/Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>    Name *(First, Middle, Last)*: _____<br>    Street Address, Unit #: _____<br>    City, State, ZIP: _____<br>    Telephone: _____ Email: _____ |
| In 1c, check how you are sending your documents to Defendant/Respondent. | c. Method of service on Defendant/Respondent:<br>    ☑ Sheriff    ☐ Sheriff outside Illinois: _____<br>                                                   County & State<br>    ☐ Special process server    ☐ Licensed private detective |

Enter the Case Number given by the Circuit Clerk: 2022LA000684

| | | |
|---|---|---|
| In 2, enter the amount of money owed to you. | **2.** | **Information about the lawsuit:**<br>Amount claimed: $ _____ |
| In 3, enter your complete address, telephone number, and email address, if you have one. | **3.** | **Contact Information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last)*: James V. O'Brien<br>Street Address, Unit #: 2240 S. Brentwood Blvd.<br>City, State, ZIP: Brentwood, MO 63144<br>Telephone: (314) 862-6865   Email: jobrien@bwoattorneys.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

| | | |
|---|---|---|
| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b. | **4.** | **Instructions for person receiving this *Summons* (Defendant):**<br>☑ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at:<br>Address: 155 N. Main St.<br>City, State, ZIP: Edwardsville, IL 62025 |
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. | | ☐ b. Attend court:<br>On: _____ at _____ ☐ a.m. ☐ p.m. in _____<br>     Date         Time                        Courtroom<br>**In-person at:**<br>_____<br>Courthouse Address   City         State   ZIP<br>OR<br>**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"): |
| In 4b, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website.<br>All of this information is available from the Circuit Clerk. | | By telephone: _____<br>             Call-in number for telephone remote appearance<br>By video conference: _____<br>                     Video conference website<br>_____<br>Video conference log-in information (meeting ID, password, etc.)<br>Call the Circuit Clerk at: _____ or visit their website<br>                         Circuit Clerk's phone number<br>at: _____ to find out more about how to do this.<br>   Website |
| **STOP!**<br>The Circuit Clerk will fill in this section. | **Witness this Date:** 6/1/2022<br>**Clerk of the Court:** /s/ Thomas McRae /s/ Ginger Toolen | |
| **STOP!**<br>The officer or process server will fill in the Date of Service. | This *Summons* must be served within 30 days of the witness date.<br>Date of Service: _____<br>(Date to be entered by an officer or process server on the copy of this *Summons* left with the Defendant or other person.) | |

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br>Madison ☑ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | *For Court Use Only* |
|---|---|---|
| **Instructions**<br>Enter above the county name where the case was filed. | SANDRA COPE<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/Respondents. | v.<br>DOLLAR GENERAL STORES, LLC, DG RETAIL, LLC, et<br>**Defendant / Respondent** *(First, middle, last name)* | 2022LA000684<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is _____ and I state
          *First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent
_____ as follows:
*First, Middle, Last*

   ☐ Personally on the Defendant/Respondent:
   Male ☐  Female ☐  Non-Binary ☐   Approx. Age: _____  Race: _____
   On this date: _____  at this time: _____  ☐ a.m. ☐ p.m.
   Address, Unit#: _____
   City, State, ZIP: _____

   ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
   On this date: _____  at this time: _____  ☐ a.m. ☐ p.m.
   Address, Unit#: _____
   City, State, ZIP: _____
   And left it with: _____
                    *First, Middle, Last*
   Male ☐  Female ☐  Non-Binary ☐   Approx. Age: _____  Race: _____
   and by sending a copy to this defendant in a postage-paid, sealed envelope to the
   above address on _____ , 20 _____ .

   ☐ On the Corporation's agent, _____
                                  *First, Middle, Last*
   Male ☐  Female ☐  Non-Binary ☐   Approx. Age: _____  Race: _____
   On this date: _____  at this time: _____  ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: 2022LA000684

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

| | |
|---|---|
| DO NOT complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:** _____        **FEES**
                                                Service and Return: $ _____
*Signature by:*  ☐ Sheriff                      Miles _____        $ _____
                 ☐ Sheriff outside Illinois:    Total                   $ 0.00
                 _____
                 *County and State*
                 ☐ Special process server
                 ☐ Licensed private detective

_____
*Print Name*

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br>Madison ☒ COUNTY | **SUMMONS** | For Court Use Only |
|---|---|---|
| **Instructions ▼**<br>Enter above the county name where the case was filed. | SANDRA COPE<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/Respondents. | DOLLAR GENERAL STORES, LLC, DG RETAIL, LLC, et :<br>**Defendant / Respondent** *(First, middle, last name)* | 2022LA000684<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons*, *Small Claims Summons*, or *Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | 1. **Defendant/Respondent's address and service information:**<br>a. Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last)*: DG RETAIL, LLC<br>Registered Agent's name, if any: Illinois Corporation Service Co.<br>Street Address, Unit #: 801 Adlai Stevenson Drive<br>City, State, ZIP: Springfield, IL 62703<br>Telephone: _____ Email: _____ |
|---|---|
| In 1b, enter a second address for Defendant/Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last)*: _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____ Email: _____ |
| In 1c, check how you are sending your documents to Defendant/Respondent. | c. Method of service on Defendant/Respondent:<br>☑ Sheriff   ☐ Sheriff outside Illinois: _____<br>                                                *County & State*<br>☐ Special process server   ☐ Licensed private detective |

Enter the Case Number given by the Circuit Clerk: 2022LA000684

| | | |
|---|---|---|
| In 2, enter the amount of money owed to you. | **2.** | **Information about the lawsuit:**<br>Amount claimed: $ _____ |
| In 3, enter your complete address, telephone number, and email address, if you have one. | **3.** | **Contact Information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last):* James V. O'Brien<br>Street Address, Unit #: 2240 S. Brentwood Blvd.<br>City, State, ZIP: Brentwood, MO 63144<br>Telephone: (314) 862-6865     Email: jobrien@bwoattorneys.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

| | | |
|---|---|---|
| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b. | **4.** | **Instructions for person receiving this *Summons* (Defendant):** |
| | ☑ a. | To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:<br>Address: 155 N. Main St.<br>City, State, ZIP: Edwardsville, IL 62025 |
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*. | ☐ b. | Attend court:<br>On: _____ at _____ ☐ a.m. ☐ p.m. in _____<br>      Date           Time                              Courtroom<br>**In-person at:**<br>_____<br>Courthouse Address    City        State    ZIP<br>OR<br>**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):<br>  By telephone: _____<br>                     *Call-in number for telephone remote appearance*<br>  By video conference: _____<br>                     *Video conference website*<br>_____<br>*Video conference log-in information (meeting ID, password, etc.)* |
| In 4b, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website.<br>All of this information is available from the Circuit Clerk. | | Call the Circuit Clerk at: _____ or visit their website<br>                          *Circuit Clerk's phone number*<br>at: _____ to find out more about how to do this.<br>      *Website* |

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:** 6/1/2022<br>**Clerk of the Court:** /s/ Thomas McRae   /s/ Ginger Toolen |
| **STOP!** The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of the witness date.**<br>Date of Service: _____<br>   *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br>Madison ☒ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | *For Court Use Only* |
|---|---|---|
| **Instructions** | | |
| Enter above the county name where the case was filed. | SANDRA COPE<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br>DOLLAR GENERAL STORES, LLC, DG RETAIL, LLC, et<br>**Defendant / Respondent** *(First, middle, last name)* | 2022LA000684 |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
            *First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent
_____ **as follows:**
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
       Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
       On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
       Address, Unit#: _____
       City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
       On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
       Address, Unit#: _____
       City, State, ZIP: _____
       And left it with: _____
       *First, Middle, Last*
       Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
       and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____ , 20 _____ .

    ☐ On the Corporation's agent, _____
       *First, Middle, Last*
       Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
       On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
       Address: _____
       City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: 2022LA000684

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____

**DO NOT** complete this section. The sheriff or private process server will complete it.

**If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

*Signature by:* ☐ Sheriff
☐ Sheriff outside Illinois:

_____
*County and State*

☐ Special process server
☐ Licensed private detective

_____
*Print Name*

**FEES**
Service and Return: $ _____
Miles _____ $ _____
Total $ 0.00

A true copy of the original on file in my office
Attested to this 12 day of July 2022
THOMAS McRAE
Clerk of the Circuit Court, 3rd Judicial Circuit
Madison County, Illinois
By [signature]
Deputy Clerk

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____